83 P.3d 772

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 20, 2004**

| 25054 | State v. Alizai | Affirmed |

**January 26, 2004**

| 24391 | American Sav. Bank, F.S.B. v. Pasion | Affirmed |

**January 28, 2004**

| 25143 | State v. Myers | Affirmed |

**January 29, 2004**

| 24769 | Doe, In re | Affirmed |
| 24866 | State v. Eklund | Affirmed |

**February 4, 2004**

| 25046 | Federal Home Loan Mortg. Corp. v. Ramolete | Affirmed |

**February 6, 2004**

| 25055 | State v. Johnson | Affirmed |

**February 13, 2004**

| 24752 | Cedillos v. Gurgone | Affirmed |
| 24672 | GECC Financial Corp. v. Chang | Affirmed |
| 25385 | State v. Liu | Affirmed |
| 24936 | State v. Soon | Affirmed |